IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHARLES R. HOLLOWAY,         )
individually and on behalf   )
of  all  others  similarly   )
situated,                    )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       1:15cv870-MHT
                             )           (WO)
FANDUEL, INC., a Delaware    )
corporation,                 )
                             )
    Defendant.               )
```

ORDER

Upon consideration of the joint motion to stay this action, it is ORDERED as follows:

(1) This case is stayed until the Judicial Panel on Multidistrict Litigation rules on the following motions for consolidation and transfer: <u>In re: Daily Fantasy Sports Marketing and Sales Practices Litigation</u>, MDL No. 2677; <u>In re: DraftKings, Inc., Fantasy Sports Litigation</u>, MDL No. 2678; and <u>In re: FanDuel, Inc., Fantasy Sports Litigation</u>, MDL No. 2679.

(2) This stay shall remain in place until (a) the United States District Court to which the JPML transfers this case enters a scheduling order governing further proceedings, or (b) 30 days after the JPML enters an order denying centralization.

(3) Should the JPML enter an order denying centralization, the parties shall inform this court of said decision within 7 days of issuance of the order.

(4) This case is administratively closed.

DONE, this the 27th day of January, 2016.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**