IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES R. HOLLOWAY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:15cv870-MHT (WO) |
| FANDUEL, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

### ORDER

As the clerk of court has notified this court of the receipt of an order transferring this case to the United States District Court for the District of Massachusetts, it is ORDERED that the clerk of court is to reopen this case and that the stay (doc. no. 9) is lifted.

DONE, this the 17th day of February, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE